JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAT TIEN PHAN,

      Petitioner,

   v.

MARK BOWEN, WARDEN, ETC., ET AL.,

      Respondents.

No. ED CV 26-1145-MWF(E)

JUDGMENT

    Pursuant to the "Order for Entry of Judgment," it is adjudged that: (1) ICE's detention of Petitioner violated Petitioner's federal rights; and (2) Respondents are enjoined from re-detaining Petitioner unless Respondents comply with the process required under 8 C.F.R. §§ 241.4(l)(1), 241.13(i).

      DATED: May 4, 2026.

                               _____

                                  MICHAEL W. FITZGERALD
                                  UNITED STATES DISTRICT JUDGE